UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUTH ELLEN REEVES,

    Plaintiff,

v.                                   Case No. 3:20cv3658-RV-HTC

MARK T. ESPER, and
MONGELL

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 11, 2020. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of Plaintiff's objections. (Docs. 6, 7).

Having considered the Report and Recommendation, and Plaintiff's objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of March, 2020.


                                   /s/ Roger Vinson                                              /
                                   **ROGER VINSON**
                                   **SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv3658-RV-HTC